IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA L. WATTS**                                                                                             **PLAINTIFF**

v.                                      **Case No. 4:13CV00092 KGB**

**LUXOTTICA RETAIL NORTH AMERICA INC.**
**d/b/a LENSCRAFTERS and LUXOTTICA RETAIL GROUP**                       **DEFENDANT**

**ORDER**

Before the Court is defendant Luxottica Retail North America Inc.'s unopposed motion to stay proceedings and compel arbitration (Dkt. No. 6). Defendant attaches as an exhibit to the motion a Dispute Resolution Agreement and an acknowledgment of that agreement signed by plaintiff Donna L. Watts. Ms. Watts does not oppose defendant's request to stay the case and compel arbitration.

Pursuant to 9 U.S.C. § 3, a court, "upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under [a written arbitration agreement], shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement." For good cause shown, the Court grants defendant's motion to compel arbitration in accordance with the Dispute Resolution Agreement. Further, the Court stays this case and all pending deadlines in this matter pending the completion of arbitration proceedings. The parties shall jointly submit a notice updating the Court on the status of this case no later than ten (10) days following the completion of arbitration. It is further ordered that the Clerk of Court shall close this case for administrative purposes pending completion of the arbitration.

SO ORDERED this the 1st day of May, 2013.

                                          _____
                                          Kristine G. Baker
                                          United States District Judge