**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DONALD L. WATTS**                                                                              **PLAINTIFF**

**v.**                      **Case No. 4:13-cv-00092-KGB**

**LUXOTTICA RETAIL NORTH AMERICA INC.
d/b/a LENSCRAFTERS and LUXOTTICA RETAIL GROUP**        **DEFENDANT**

**ORDER**

The parties have filed a joint stipulation for dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 8). Accordingly, this case is dismissed with prejudice without costs to any of the parties.

SO ORDERED this the 2nd day of May, 2014.

_____
Kristine G. Baker
United States District Judge